AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DYLAN STEPHEN JAYNE<br><br>*Defendant* | ) ) ) Case No. 1:20MJ80 ) ) ) ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DYLAN STEPHEN JAYNE                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Transmitting in interstate commerce a threat to injury the person of another, in violation of 18 U.S.C. 875(c)

Date: 5/13/20

*Issuing officer's signature*

Pamela Meade Sargent  USMJ
~~Gerren K. Stith, Special Agent, U.S. Capitol Police~~

City and state:   Lebanon, VA

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)*  _____ .<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |